# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orencio Almazo Barragan,<br>Petitioner,<br><br>v.<br><br>Todd M. Lyons, Acting New York Field Office Director, Immigration Customs and Enforcement and Removal Operations, ("ICE/ERO, Todd M. Lyons, Director of Customs Enforcement ("ICE"); U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the Department of Homeland Security ("DHS"); U.S. Department of Homeland Security Pamela Bondi, Attorney General of the United States, and United States Department of Justice ("DOJ")<br><br>Respondents | Case No._____ |

## PETITION AND COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND HABEAS RELIEF

## NATURE OF ACTION

1. Petitioner, Orencio Almazo Barragan, an alien was taken into the custody of the New York office of Immigration Customs and Enforcement ("ICE") at 26 Federal Plaza, New York, New York on November 20. 2025. Petitioner seeks habeas corpus relief.

2. ICE arrested Petitioner on a public street located in Staten Island, New York without a warrant as part of an ICE sweep.

3. Petitioner, a 55-year old male native and citizen of Mexico, petitions the U.S. District Court to declare his mandatory detention without bond unlawful and stay his removal from the United States.

4. Petitioner has no criminal arrests, offense or adjudication of an underlying offense

1

in any jurisdiction in the United States.

5. Petitioner has applied to the New York City Police Department for a U Visa Certification as a result of having cooperated with the police department in connection with a crime committed against him where he suffered physical injuries. Exhibit A.

6. The U visa certification process involves victims of qualifying crimes requesting a Form I-918, Supplement B (U Visa Law Enforcement Certification) from a law enforcement agency (like the New York City Police Department that investigated the crime, proving they were helpful to the investigation, then submitting this form with a petition to United States Citizenship and Immigration Service ("USCIS") for a determination on granting temporary immigration status. See, 8 U.S.C. § 1101(a)(15)(U) and 8 U.S.C. § 1184(p).

7. A U visa applicant may apply for permanent residence 3 years after USCIS has granted the applicant temporary immigration status so long as the person has remained in the United States. See, 8 U.S.C. § 1182(d)(14).

8. In a procedurally similar case in this district, Judge Crotty, in Pablo Antonio Villavicencio Calderon v. Jefferson B. Sessions III, 330 F.Supp3d 944 (2018, S.D.N.Y.), found that a non-citizen had the right to apply for relief from USCIS in the United States until he exhausted his right to seek such relief without being at imminent risk of removal. Id. at 960.

9. The Executive Office for Immigration Review ("EOIR")'s Immigration Court, a component agency of the DOJ, has put Petitioner on the detained docket, and he will be subject to removal proceedings.

10. Neither EOIR nor ICE has offered Petitioner bond.

11. Due to a policy adopted by Respondents in July, 2025, all aliens such as Petitioner subject to mandatory detention without bond. Petitioner petitions this Court for an order declaring his mandatory detention unlawful and immediate relief.

## JURISDICTION

12. This action arises under the United States Constitution and the Immigration and Nationality Act, 8 U.S.C. §§ 1101 et seq. This Court has habeas corpus jurisdiction pursuant to 28 U.S.C. § 2241 and Art. I & 9, Clause 2 of the United States Constitution (Suspension Clause).

## VENUE

13. Venue lies with this Court because Petitioner was arrested and initially detained by the New York City office of ICE..

## THE PARTIES

14. Petitioner is a 55-year-old male, native and citizen of Mexico, who has been detained under the jurisdiction of the New York office of ICE

15. Respondent Todd M. Lyons is the Director of ICE. He is named in his official capacity. He is responsible for the enforcement of the immigration laws, including against Petitioner. He is also the Acting New York Field Office Director. His address is U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, D.C. 20536, and at the New York Field Office, ICE, .26 Federal Plaza, 9th Floor, New York, New York, 10278.

16. Respondent Department of Homeland Security ("DHS") is an executive department of the United States Government. DHS is headquartered in Washington, D.C.

17. Defendant ICE is a component of DHS headquartered in Washington, DC.

18. Defendant Kirsti Noem is the Secretary of DHS. She is named in her official

capacity. She is responsible for the administration and enforcement of the immigration laws, including against Petitioner. She supervises the DHS and ICE Respondents. Her address is U.S. Department of Homeland Security, 800 K Street, NW #1000, Washington, DC, 20528.

19. Respondent Pamela Bondi is the Attorney General of the United States. She is named in her official capacity. She is responsible for the administration of the immigration laws as exercised by the EOIR. 8 U.S.C. § 1103(g). EOIR administers Petitioner's removal proceedings, and supervises immigration judges and the Board of Immigration Appeals. Her address is U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC, 20530.

20. Respondent Department of Justice ("DOJ") is an executive department of the United States Government. DOJ is headquartered in Washington, DC.

## ADDITIONAL FACTUAL ALLEGATIONS

21. Petitioner entered the United States on or about May 2008 at the U.S./Mexican border.

22. Petitioner never left the United States.

23. Petitioner has never been arrested other than the ICE arrest.

24. Petitioner has worked in the same job for approximately 16 years. Exhibit B.

25. Petitioner would have to remain in the United States to obtain the U Visa should the New York City Police Department issue the U Visa Certification.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner requests that this Court enter judgment in his favor and: Order Respondents to stay removal of Petitioner from the United States until Petitioner exhausts his right to the U Visa, and, immediately order Respondents to release Petitioner from custody

4

because removal is no longer reasonably foreseeable; and finally, order such other relief as this Court may deem just and proper.

January 13, 2026

Respectfully submitted,

*Leonard H. Hecht* (signature)

Leonard H. Hecht
Thomas T. Hecht, P.C.
729 Seventh Avenue, 14th floor
New York, New York 10019
212-245-5556
Email: leonard.hecht@hechtlaw.com
Attorney for Petitioner

THOMAS T. HECHT, P.C.
729 SEVENTH AVENUE
NEW YORK, NEW YORK 10019
212-245-5556
leonard.hecht@hechtlaw.com

December 18, 2025

NYC Police Department
Att: Domestic Violence Unit
1 Police Plaza
New York, NY 10038

        Re:    U Visa Certification Request
               Applicant: ORENCIO ALMAZO BARRAGAN, DOB 05/01/1970
               Complaint #: 2016-120-001334
               Date of Crime: 12/22/2016
               Location: 278 Vanduzer Street, Staten Island, NY 10304

Dear Detective:

      Our client respectfully seeks the U Visa Certification on account of being a victim of assault and robbery, suffering injuries (including bruised face, swollen eyes, busted lip, and facial scarring) and cooperating with the Police Department. We appreciate your consideration.

      He is currently in civil Immigration Customs Enforcement custody, and therefore, he and I would appreciate expeditious consideration.

      Thank you for your attention.

                                        Sincerely,

                                        Leonard H. Hecht

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in Part 6. Additional Information.

This appearance relates to immigration matters before (select only one box):

1.a. ☒ U.S. Citizenship and Immigration Services (USCIS)

1.b. List the form numbers or specific matter in which appearance is entered.
> U VISA

2.a. ☐ U.S. Immigration and Customs Enforcement (ICE)

2.b. List the specific matter in which appearance is entered.

3.a. ☐ U.S. Customs and Border Protection (CBP)

3.b. List the specific matter in which appearance is entered.

4. Receipt Number (if any)

5. I enter my appearance as an attorney or accredited representative at the request of the (select only one box):
   ☒ Applicant   ☐ Petitioner   ☐ Requestor
   ☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

### Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

6.a. Family Name (Last Name): ALMAZO-BARRAGAN

6.b. Given Name (First Name): ORENCIO

6.c. Middle Name:

7.a. Name of Entity (if applicable):

7.b. Title of Authorized Signatory for Entity (if applicable):

8. Client's USCIS Online Account Number (if any)

9. Client's Alien Registration Number (A-Number) (if any)
> A- 208 955 881

### Client's Contact Information

10. Daytime Telephone Number

11. Mobile Telephone Number (if any)

12. Email Address (if any)

### Mailing Address of Client

NOTE: Provide the client's mailing address. Do not provide the business mailing address of the attorney or accredited representative unless it serves as the safe mailing address on the application or petition being filed with this Form G-28.

13.a. Street Number and Name: 732 Targee St

13.b. ☐ Apt. ☐ Ste. ☐ Flr.

13.c. City or Town: Staten Island

13.d. State: NY  13.e. ZIP Code: 10304

13.f. Province:

13.g. Postal Code:

13.h. Country:

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in Part 1. of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

### Part 4. Client's Consent to Representation and Signature (continued)

*Options Regarding Receipt of USCIS Notices and Documents*

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select all applicable items below. You may change these elections through written notice to USCIS.

1.a. [X] I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. [ ] I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

NOTE: If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select Item Number 1.c.

1.c. [ ] I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

*Signature of Client or Authorized Signatory for an Entity*

2.a. Signature of Client or Authorized Signatory for an Entity
➡ X Florencio Almozo

2.b. Date of Signature (mm/dd/yyyy) 12/28/25

### Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1.a. Signature of Attorney or Accredited Representative
*Fernand H Hecht*

1.b. Date of Signature (mm/dd/yyyy) 12/18/25

2.a. Signature of Law Student or Law Graduate

2.b. Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the Page Number, Part Number, and Item Number to which your answer refers; and sign and date each sheet.

1.a Family Name (Last Name) _____
1.b. Given Name (First Name) _____
1.c. Middle Name _____

2.a. Page Number  2.b. Part Number  2.c. Item Number

2.d. _____

3.a. Page Number  3.b. Part Number  3.c. Item Number

3.d. _____

4.a. Page Number  4.b. Part Number  4.c. Item Number

4.d. _____

5.a. Page Number  5.b. Part Number  5.c. Item Number

5.d. _____

6.a. Page Number  6.b. Part Number  6.c. Item Number

6.d. _____

En caso de que el titular de este pasaporte requiera de asistencia o protección del gobierno mexicano, se recomienda que acuda a la representación diplomática o consular mexicana más cercana.

EN CASO DE EMERGENCIA NOTIFICAR A /
IN CASE OF AN EMERGENCY PLEASE NOTIFY /
EN CAS D'URGENCE, PRIERE DE NOTIFIER À

Nombre: _____
Dirección: _____
Entidad Federativa: _____
C.P.: _____ Teléfono: _____

DOMICILIO DEL TITULAR / HOLDER'S ADDRESS
ADRESSE DU TITULAIRE

Dirección: _____
Entidad Federativa: _____
C.P.: _____ Teléfono: _____

ESTE PASAPORTE ES VÁLIDO PARA TODOS LOS PAÍSES /
THIS PASSPORT IS VALID FOR ALL COUNTRIES /
CE PASSEPORT EST VALABLE POUR TOUS LES PAYS

---

**PASAPORTE** / Passport
02296245

**Estados Unidos Mexicanos**

Tipo / Type: **P**
Clave del país de expedición / Code: **MEX**
Pasaporte No. / Passport No.: **G20867119**

Apellidos / Surname:
**ALMAZO BARRAGAN**

Nombres / Given names:
**ORENCIO**

Nacionalidad / Nationality:
**MEXICANA**

Fecha de nacimiento / Date of birth:
**01 05 1970**

Sexo / Sex: **M**

Lugar de nacimiento / Place of birth:
**SILACAYOAPAN, OAX.**

Fecha de expedición / Issue date:
**25 06 2016**

Fecha de caducidad / Expiry date:
**25 06 2026**

Firma del titular / Holder's signature

Autoridad / Authority:
**NUEVA YORK**

```
P<MEXALMAZO<BARRAGAN<<ORENCIO<<<<<<<<<<<<<<<
G208671198MEX7005015M2606255<<<<<<<<<<<<<<06
```



**VERIFICATION OF CRIME/ LOST PROPERTY**
PD 542-061 (Rev. 09-06)

# Do Not Detach — Submit In Duplicate

Complainant/Victims will be sent verification free of charge, other applicants must send a non-refundable processing fee of $15.00 (Check or Money Order – NO CASH) payable to the NYC Police Department with each application. All applicants must enclose a stamped self-addressed envelope. Please mail requests to: New York City Police Department, Criminal Records Section (Verification Unit), 1 Police Plaza, Room 300, New York, NY 10038.

*Complaint Number: 2016-12000133 4
Precinct of Report: PD 120

FOR USE BY CRIMINAL RECORDS SECTION

Mail Record To: (Print or Type) 489 St. Paul Ave SI NY 10304

1. Exact location where crime / loss took place: 278 Vanduzer St SI NY 10304
*Precinct of Occurrence:

2. Date reported to Police: 2/22/16
Time (if known):
This report concerns: ☐ Crime  ☒ Other (describe) Robbery  ☐ Lost Property

3. Full name and address of complainant/victim as reported to Police Department: Orencio Almazo-Barragan / 489 St. Paul Ave SI NY 10304

Date and Time of Crime / Loss of Property (If different than date of report):
DATE:
TIME:
Name of officer who received your report, if known: PO Sharpe

Any additional information which may aid in searching for your record:

*INSTRUCTIONS: In order to find this record you MUST furnish all information requested above, particularly the complaint number and precinct of record (Occurrence). Verification of your request cannot be made without this information. The complaint number may be obtained by calling the precinct or detective squad concerned during the hours of 9 a.m. to 5 p.m. Do Not Detach — Submit In Duplicate.

Applicant's Signature: X [signature]
Date:
Name and address of insurance company:
Date:

**FOR POLICE DEPARTMENT USE ONLY**

FOLLOWING IS A VERIFICATION OF THE ABOVE REQUEST

MOTOR VEHICLES

CURRENCY

JEWELRY

FURS – CLOTHING

FIREARMS

OFFICE EQUIPMENT

T.V., RADIOS, CAMERAS, ETC.

HOUSEHOLD GOODS

CONSUMABLE GOODS

MISCELLANEOUS

BRIEFLY DESCRIBE MANNER OF CRIME / LOSS OF PROPERTY

278 Vanduzer St SI NY 10304

| 2. Date reported to Police | Time (if known) | This report concerns: | ☐ Crime  ☒ Other (describe) |
|---|---|---|---|
| 2/22/16 | | | ☐ Lost Property  Robbery |

3. Full name and address of complainant/victim as reported to Police Department

Orencio Almazo-Barragan / 489 St. Paul Ave SI NY 10301

| Date and Time of Crime / Loss of Property (if different than date of report) | DATE | TIME | Name of officer who received your report, if known. |
|---|---|---|---|
| | | | PO Sharpe |

Any additional information which may aid in searching for your record

* INSTRUCTIONS: In order to find this record you MUST furnish all information requested above, particularly the complaint number and precinct of record (Occurrence). Verification of your request cannot be made without this information. The complaint number may be obtained by calling the precinct or detective squad concerned during the hours of 9 a.m. to 5 p.m. Do Not Detach — Submit in Duplicate.

| Applicant's Signature | Date | Name and address of insurance company | Date |
|---|---|---|---|
| [signature] | | | |

**FOR POLICE DEPARTMENT USE ONLY**

FOLLOWING IS A VERIFICATION OF THE ABOVE REQUEST

**MOTOR VEHICLES**

**CURRENCY**

**JEWELRY**

**FURS – CLOTHING**

**FIREARMS**

**OFFICE EQUIPMENT**

**T.V., RADIOS, CAMERAS, ETC.**

**HOUSEHOLD GOODS**

**CONSUMABLE GOODS**

**MISCELLANEOUS**

**BRIEFLY DESCRIBE MANNER OF CRIME / LOSS OF PROPERTY**

| Alarm No. | Report verified by (print title, name/sign) | Date |
|---|---|---|
| | | |



## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Orencio Almazo | 5/1/70 | XXX-XX- none |

| Patient Address |
|---|
| 489 St. Paul Ave SI NY 10304 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:
1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

| 7. Name and address of health provider or entity to release this information: |
|---|
| Richmond University Center 355 Bard Ave. SI NY 10310 |

| 8. Name and address of person(s) or category of person to whom this information will be sent: |
|---|
| NYS OFFICE OF VICTIM SERVICES – AE SMITH BLDG., 80 S. SWAN ST., ALBANY, NY 12210-8002 |

9(a). Specific information to be released:
- ☐ Medical Record from (insert date) 2/22/16 to (insert date) TODAY
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (Indicate by Initialing)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information
(b) ☐ By initialing here  OA . ___ I authorize _____
     Initials                              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
**NEW YORK STATE OFFICE OF VICTIM SERVICES**
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| At request of the individual for purposes of establishing eligibility for New York State Office of Victim Services benefits. | This authorization will expire upon the termination of the individual's eligibility for Office of Victim Services benefits. |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature: _____  Date: 6/9/16
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

NYU RADIOLOGY
PO BOX 415862
BOSTON MA 02241-2241

Date: 04/28/2016

Account #: 5569-M011104945
Amount Due: $35.00

Return Service Requested

Phone: 1-800-426-4576

MED577.A4VBQ0000001.JOK4A9.000657 000657

Mail Payment to:

ORENCIO ALMAZO
469 ST PAULS AVE
STATEN ISLAND NY 10304-2101

NYU RADIOLOGY

MED577

Re: ORENCIO ALMAZO
Account# : 5569-M011104945
Balance: $35.00
Place of Service: RICHMOND UNIV MEDICAL CNTR ER

Dear ORENCIO ALMAZO:

YOUR ACCOUNT IS PAST DUE. UNLESS WE HEAR FROM YOU WITHIN FOURTEEN
(14) DAYS, WE MAY BE FORCED TO FORWARD YOUR OUTSTANDING BALANCE
TO A COLLECTION AGENCY.

PLEASE MAKE PAYMENT IMMEDIATELY OR CONTACT OUR BILLING DEPARTMENT TODAY
TO MAKE FINANCIAL ARRANGEMENTS. A REPRESENTATIVE WILL BE AVAILABLE TO
ASSIST YOU FROM 8:30 TO 4:30 MONDAY THROUGH FRIDAY.

THIS IS YOUR FINAL NOTICE. MAKE FURTHER COLLECTION EFFORTS UNNECESSARY
BY SENDING US YOUR PAYMENT IMMEDIATELY.

PLEASE RETURN A COPY OF THIS LETTER WITH YOUR PAYMENT AND WRITE YOUR
ACCOUNT NUMBER ON YOUR CHECK.

Visit us at http://www.PerYourHealth.com and enter your account
number 5569-M011104945 and your access key BDJNT2.

# EMA
## Richmond Emergency Medical Associates

PO BOX 6198
PARSIPPANY, NJ 07054-7198
1-800-345-0064
www.bravo-brs.com
Tax ID #26-0706037
Medicare #RE0WX13210

**Patient's Name**
ORENCIO ALMAZO

**Invoice Number**
58985451

**Location**
RICHMOND UNIVERSITY MED CENTER

**Place of Service**
EMERGENCY DEPT.

**Date of Service**
02/22/16

**Attending Providers**
SAMIR MAXIMOS, MD
NPI #1487607099
JEANNETTE DRISCOLL, PA
NPI #1922116045

**Insurance Carrier**
NEW YORK MEDICAID
XXXXXXXXXXXXXXXX

**Secondary Insurance**

**Related to**
Employment - No
Automobile - No

If your insurance covers Emergency Physician's services, please complete the reverse side of this invoice and return it to our office.

| Diagnosis | S00.93XA | | | S20.212A | | |
|---|---|---|---|---|---|---|
| Date of Service | Date of Onset | Procedure Code | Diagnosis Correlation | Description | Charges/ Credits | Balance |
| 02/22/16 | 02/19/16 | 99284 | | EMERGENCY EVALUATION | $524.00 | |

**TOTAL BALANCE DUE:** $524.00

A separate charge will be generated by Richmond University Medical Center for the use of its facility.

We accept M/C, VISA, AMEX and Discover cards. See credit information on the back. We will submit a claim to your insurance company. See information on the back.
Bank fees will be charged for unpaid checks and returned payments.

If you have any questions regarding your bill, please call 1-800-345-0064 between the hours of 9:00 am and 4:00 pm Monday through Friday.

Detach and return the bottom portion with your payment

---

# EMA
## Richmond Emergency Medical Associates

PO BOX 6198
PARSIPPANY, NJ 07054-7198

| Invoice # | Location | Date of Visit | Billing Date | Payment Due By |
|---|---|---|---|---|
| 58985451 | RICHMOND | 02/22/16 | 04/15/16 | 05/06/16 |

Please Note: This bill is for the Emergency Physician's services only.

Balance Due: $524.00
Amount Enclosed: $_____

7508 0100 MULTI RP 15 04152016 YNNNNNNN 0000733 S1 T9
2096 1 MB 0.416

#BWNFQCL
#RI589854514#
ORENCIO ALMAZO
489 ST PAULS AVE
STATEN ISLAND NY 10304-2101

RICHMOND EMA
PO BOX 417423
BOSTON, MA 02241

# Richmond University Medical Center

Thank you for choosing Richmond University Medical Center for your medical needs. We value you as our patient. The remaining balance on your account is your responsibility. We appreciate your prompt payment.

**Primary Insurance:** Other - Self Pay
**Secondary Insurance:** Other - Self Pay

## SUMMARY OF SERVICES

DATE: 4/6/2016
PATIENT NAME: ORENCIO ALMAZO
GUARANTOR: ORENCIO ALMAZO
REFERENCE #: 243169249

SERVICE CHARGES: $3,611.00
PAYMENTS: $0.00
ADJUSTMENTS: $3,171.59

 Scan the QR code to the left to access our website and pay your bill online

## PAYMENT OPTIONS

BILLING QUESTIONS? PLEASE CALL:
Toll Free: (866) 772-0067
Office Hours: 8:00 AM - 8:00 PM EST
Monday - Friday

### AMOUNT DUE UPON RECEIPT
**$439.41**

WAYS TO PAY:
- http://www.mypatientaccount.com
- (866) 772-0067
- By mail, return stub below

| Date | Description | CPT Code | Charges | Payments | Adjustments |
|---|---|---|---|---|---|
| 2/22/2016 | Computed tomography, maxillof... | 70486 | $2,041.00 | | |
| 2/22/2016 | Emergency department visit fo... | 99284 | $1,103.00 | | |
| 2/22/2016 | Radiologic examination, chest... | 71020 | $467.00 | | |
| | SERVICE CHARGES | | $3,611.00 | | |
| | ADJUSTMENTS | | | | $3,171.59 |
| | AMOUNT DUE: | | $439.41 | | |

---

☐ Please check box if below address is incorrect and indicate change(s) on reverse side.

**Richmond University Medical Center**
P.O. Box 864
Mahwah, NJ 07430

PAGE: 1 / 1



Please return bottom portion with your payment enclosed.

Patient Name: ORENCIO ALMAZO
Reference Number: 243169249
Account Number: V00089602833

| AMOUNT DUE | DUE DATE | AMOUNT PAID |
|---|---|---|
| $439.41 | 5/6/2016 | $ |

Pay by Credit Card online at http://www.mypatientaccount.com

Please remit payment to:
RICHMOND UNIVERSITY MEDICAL CENTER
PO BOX 786051
PHILADELPHIA PA 19178-6051


ORENCIO ALMAZO
489 ST PAULS AVE
STATEN ISLAND NY 10304-2101
00193

Orencio Almazo
489 Saint Pauls Ave
Staten Island NY 10304

Richmond University Medical Center
Phone: 888-980-9254

Statement Date: 03/30/2016

# Emergency Medical Services Bill

Date of Service: 02/22/2016
Account Number: 37121231
Incident No. 3372

This invoice is the result of a response for ambulance services on 02/22/2016. If you have insurance, please complete and sign the back of this form, and return to us. Please make sure your name is exactly as it appears on your insurance card. To update your insurance information online, go to www.intermedix.com/billpay. We will file a claim on your behalf. If you do not have insurance, this payment is your responsibility. Please see options below to submit payment. For information or assistance on this account, please call 888-980-9254.

## Statement of Account

| | |
|---|---|
| Emergency Medical Services | $755.00 |
| **Amount Due:** | **$755.00** |

---

**DETACH LOWER PORTIONS AND RETURN STUB WITH YOUR PAYMENT, THANK YOU**

Richmond University Medical Center
PO BOX 786166
Philadelphia PA 19178

IF PAYING BY CREDIT CARD, FILL OUT BELOW

☐ VISA  ☐ MASTERCARD  ☐ DISCOVER  ☐ AMEX

CARD NUMBER | EXP. DATE | AMOUNT

SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD

| INCIDENT NO. | STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|---|
| 3372 | 03/30/2016 | $755.00 | 37121231 |

Make checks payable to: Richmond Medical Center d/b/a Richmond University Medical Ce
To view your account online, go to www.intermedix.com/billpay

Richmond University Medical
PO BOX 786166
Philadelphia PA 19178



ORENCIO ALMAZO
489 SAINT PAULS AVE
STATEN ISLAND NY 10304-2101



NYPD
New York City Police Department

Robert Murnane
Detective
Staten Island Robbery Squad

1 Edgewater Plaza, Rm 513
Staten Island, NY 10305
Robert.Murnane@NYPD.org

Office: 718-876-8415
Cell: 917-846-1410
Fax: 718-876-8420

via email to latimerlaw8@gmail.com

December 1, 2025

Peter W. Latimer, Esq.
259 Union Street
Hackensack, NJ 07601

RE: ORENCIO ALMAZO BARRAGAN

Dear Mr. Latimer:

I am writing this letter on behalf of Orenzio Almazo Barragan and to express my support and recommendation for him. My staff and I have known him for approximately 16 years and can attest to his integrity, kindness and dedication that he has demonstrated through the years. He is always eager to assist in times of need and has been very committed to his work. His community involvement, efforts, respect and dedication continue to prove his positive impact on the lives of others. While acknowledging our commitment to the rule of law and decisions made by our government and its leaders, please consider his personal integrity and community service be taken into account. I ask for your favorable consideration with a humane perspective for Orencio Almzao Barrgan to continue his successful endeavors.

Please contact me if any further information is needed.

Sincerely,

365 BAY STREET LLC

By _____
Nat Amos